# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

    -vs-                                    Case No. 11-CR-127

**RODERICK TAYLOR,**

    Defendant.

# ORDER

Defendant Roderick Taylor (Taylor) has made a request pursuant to 18 U.S.C. § 3564(c) for early termination of the 3-year probation sentence the Court handed down on May 15, 2013.

The Court has reviewed the submissions of Taylor, the government, and the U.S. Probation Office, and finds that there is not a sufficient basis under the standards outlined in § 3564(c) to grant Taylor early release.

**IT IS HEREBY ORDERED THAT:**

Taylor's motion for early termination of probation (ECF No. 207) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 6th day of November, 2014.

                                                  **BY THE COURT:**

                                                  _____

                                                  **HON. RUDOLPH T. RANDA**
                                                  **U.S. District Judge**